NELLA MANKO, Appellant, v DANA MANNOR, et al., Respondents, et al., Defendants.

Submitted November 7, 2016; decided December 20, 2016

Motion for reconsideration of this Court's May 11, 2010 dismissal order dismissed as untimely (*see* Rules of Ct of Appeals [22 NYCRR] § 500.24 [b]) [*see* 14 NY3d 880 (2010)]. Motion for poor person relief dismissed as academic.

Judge ABDUS-SALAAM taking no part.

COLLEEN F. MAYER, as Trustee on Behalf of ALANNA MAYER and Another, Appellant, v KRISTEN M. MAYER et al., Respondents, et al., Defendants.

Submitted September 26, 2016; decided December 20, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of LIZZETTE MORALES, Appellant, v NEW YORK CITY HOUSING AUTHORITY, Respondent.

Submitted December 12, 2016; decided December 20, 2016

Motion for reargument of motion for leave to appeal denied [*see* 28 NY3d 1023 (2016)].